

U.S. Department of Justice

United States Attorney
Southern District of New York

86 Chambers Street, 3rd Floor
New York, New York 10007

February 28, 2008

**BY FEDERAL EXPRESS**
The Honorable Kenneth M. Karas
United States District Judge
United States Courthouse
300 Quarropas St., Room 533
White Plains, NY 10601

**MEMO ENDORSED**

Re: *Wang v. Mueller et al.*, 07 Civ. 10264 (KMK)

Dear Judge Karas:

This Office represents the defendants Robert Mueller, Director of the Federal Bureau of Investigation ("FBI"); Emilio Gonzalez, Director, U.S. Citizenship and Immigration Services ("USCIS"); and Michael Chertoff, Secretary of the Department of Homeland Security ("DHS") (collectively, the "Government"), in the above-referenced case. Plaintiff Xinlin Wang, who is proceeding *pro se*, seeks to compel the Government to adjudicate her application for permanent residence.

The Government's answer or other responsive pleading is currently due on March 3, 2008. The Government respectfully requests a one-month extension of time – until April 3, 2008 – to answer or otherwise respond to the complaint. Plaintiff's application for permanent residence was approved on January 15, 2008. However, plaintiff has not yet received her permanent resident card, which would allow her to travel into and out of the United States as a lawful permanent resident. Counsel for the Government is working with the USCIS to ensure that plaintiff receives a permanent resident card. In addition, counsel for the Government is attempting to schedule an appointment for plaintiff to meet with USCIS personnel to obtain a passport stamp, which will allow her to travel freely while her permanent resident card is being processed. Plaintiff has stated to counsel for the Government that she will dismiss the complaint once she receives a passport stamp allowing her to travel.

This is the Government's second request for an extension. The Court previously granted the Government a one-month extension. Plaintiff consents to this request. Thank you for your consideration of this request.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: /s/ John Clopper
JOHN D. CLOPPER
Assistant United States Attorney
Telephone: (212) 637-2716
Facsimile: (212) 637-0033
john.clopper@usdoj.gov

cc: BY MAIL
Xinlin Wang
7 Rockcrest Place
Poughkeepsie, NY 12603
(845) 463-0085

The Government's request to extend until April 3, 2008 its time to answer or otherwise respond to the Complaint is granted.

SO ORDERED.

KENNETH M. KARAS U.S.D.J.

2/29/08

2